No. 18-1514
_____

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

COMMONWEALTH OF MASSACHUSETTS,
PLAINTIFF - APPELLANT,

v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, ET AL.,
DEFENDANT – APPELLEE.

_____

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE
_____

Pursuant to Local Rule 12(b), Matthew R. Segal hereby moves for leave to withdraw his appearance as counsel for *amici curiae* American Civil Liberties Union, American Civil Liberties Union of Massachusetts, Anti-Defamation League, Leadership Conference on Civil and Human Rights, NARAL Pro-Choice Massachusetts (now Reproductive Equity Now), National Urban League, and Planned Parenthood League of Massachusetts. *Amici* are still represented by other counsel in this matter.

Date: March 28, 2023                    Respectfully submitted,
                                        /s/Matthew R. Segal
                                        Matthew R. Segal, 1ˢᵗ Cir. No. 1151872
                                        American Civil Liberties Union
                                        Foundation of Massachusetts, Inc.
                                        One Center Plaza, Suite 850
                                        Boston, MA 02108
                                        617.482.3170
                                        msegal@aclum.org


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed through the Electronic Court Filing system on March 28, 2023, and a copy thereof will be sent electronically to the registered recipients as identified on the Notice of Electronic Filing.


March 28, 2023                                    /s/ Matthew R. Segal
                                                  Matthew R. Segal