# United States Court of Appeals
## For the First Circuit

No.18-1514

COMMONWEALTH OF MASSACHUSETTS

Plaintiff - Appellant

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX MICHAEL AZAR, II, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF THE TREASURY; STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF LABOR; R. ALEXANDER ACOSTA, in his official capacity as Secretary of Labor

Defendants - Appellees

## ORDER OF COURT

Entered: March 29, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Matthew R. Segal as counsel for Amici Curiae American Civil Liberties Union of Massachusetts, NARAL Pro-Choice Massachusetts, American Civil Liberties Union, Anti-Defamation League, Leadership Conference on Civil and Human Rights, National Urban League and Not Party Planned Parenthood League of Massachusetts is granted. Attorney Segal is hereby withdrawn as counsel of record, and Amici Curiae will continue to be represented by the remaining counsel of record.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jonathan B. Miller, Julia Eleanor Kobick, Jonathan T. Burke, Cynthia A. Young, Sharon Swingle, Lowell Vernon Sturgill Jr., Jason C. Weida, Joel McElvain, Karen Schoen, Kevin H. Theriot, Andrew David Beckwith, Kenneth J. Connelly, Brigitte Amiri, Kathryn R. Cook, Matthew R Segal, Jessie J. Rossman, Jon M. Greenbaum, Diana Kasdan, Naomi Barrowclough, Bruce H. Schneider, M. Duncan Grant, Benjamin J. Eichel, Ernest A. Young, Melina Maria Meneguin Layerenza, Allan J. Arffa, Crystal Johnson Geise, Elizabeth J. Grossman, Michael J. Fischer, Laura Trice, Erin Bernstein, Christopher Escobedo Hart, Jamie A. Levitt, Rhiannon N. Batchelder